Plaintiff's Name **Scott R. Price**
Prisoner No. **H07570**
Institutional Address **RCCC 12500 Bruceville Rd, Elk Grove, CA 95757**

**FILED**

JAN 31 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**Scott Richard Price**
(Enter your full name)
v.

**RCCC, WARDEN**

(Enter the full name(s) of all defendants in this action)

Case No. 2:22 - CV 0202 DB PC
(Provided by the clerk upon filing)

**COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement **Rio Cosumnes Correctional Center**

B. Is there a grievance procedure in this institution?   ☑ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
   ☑ YES    ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: **Was sent to Sacramento County Superior Court**

   2. First formal level: **Sacramento County Superior Court**

3. Second formal level: _Sent to the State Supreme Court_

4. Third formal level: _Sent to Third Appeal District Court_

E. Is the last level to which you appealed the highest level of appeal available to you?
☑ YES   ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

_DESIGNATION AS A HABITUAL GRIEVANT_

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

B. For each defendant, provide full name, official position and place of employment.
_ANNE MARIE SCHUBERT, DISTRICT ATTORNEY_
_Lieutenant Brad Rose_
_Sergeant R. Jones_
_Deputy Sheriff, Gill_
_Sergeant Craig Goncalves_

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

_In Regards to the incident that Occurred at the Rio Cosumnes Correctional Center on the date of, 05/04/21, All Listed_

DEFENDANTS INVESTIGATION Statements are False. Rio Cosumnes Correctional Center Sheriff deputy Mr. Gill handed back and refused to Sign or Accept Plaintiffs' Safety Grievance Concern. (ii) Those Conditions Violated Put the Plaintiff at a Substantial risk, of Suffering Serious harm (iii) The Sheriff Stated that the Plaintiffs' Safety Grievance Concern was not Grievable and did not take reasonable measures to abate that risk. Factual basis of evidence is Clearly on RCCC Surveillance. In addition this matter has been addressed to Sacramento County District Attorney Anne Marie Schubert, and State Department of Justice as a Citizen Complaint regarding the Authority Misconduct incident that violated inmate human Constitutional Safety rights.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Compensation Total of 1.5 Million Dollars

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 01-25-22

Signature of Plaintiff: Scott Price