UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE, | No. 2:22-cv-0202 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| RCCC, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.[1] Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service

---

[1] The court notes that the date September 9, 2022 on line 18 of the first page of the findings and recommendations should be September 20, 2022.

1

of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 3, 2022, are adopted in full.

2. This action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3. The Clerk of the Court is directed to close this case.

Dated:  December 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

pric0202.802